# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

 1/3

In re:

PEDRO LUIS COLON MARTINEZ

Case No. 10-09205-ESL

Chapter 13   Attorney Name: FERNANDO H CRUZ TOLINCHE*

### I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: November 02, 2010
Time: 2:40pm  Track: 06
[ ] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: T.B.D.
Creditors
— none —

### II. Oath Administered
[✓] Yes     [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued  12/9/10 at 2:30pm

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[✓] Feasibility  per certificate
[✓] Insufficiently funded  from Assume-
[ ] Unfair discrimination  $46,716.92
[✓] Fails liquidation value test  (pre-petition)
[✓] Fails disposable income test  (I & J) # 6
[ ] No provision for secured creditor(s)

Ms. Peña

[✓] No DSO certificate (Post-petition)
[✓] Evidence of income
   [✓] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

[ ] Treat value of collateral separately
[ ] No provision for insurance
[✓] Tax returns missing
   [✓] State - years 06-09
   [✓] Federal - years 08-09

Page 1-3

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

PEDRO LUIS COLON MARTINEZ     Case No. 10-09205-ESL

Chapter 13     Attorney Name: FERNANDO H CRUZ TOLINCHE*

**VI. Plan** (Cont.)
Date: September, 30, 2010  Base $ 47,800.00  [X] Filed  Evidence of Pmt shown: _____
Payments _0_ made out of _1_ due.  [ ] Not Filed

**VII. Confirmation Hearing Date:** December, 1, 2010

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 250.00 = $ 2,750.00

**IX. Documents to be provided w/in _10_ days**

[X] Amended schedules _I, J, D_
[ ] Insurance estimate _____

[X] Amended S.O.F.A. _#1_
[X] Amended plan _as to source of lump sum_
[ ] Business Documents

[ ] Assumption/Rejection executory contract
[ ] Monthly reports for the months

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[ ] Other:

[ ] Public Liability Insurance
  [ ] Premises _____
  [ ] Vehicle(s) _____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____  (*) 10 days to make 1st payment or Trustee will move for dismissal

**COMMENTS**

1) Provide DSO address: Ms. Sandra Peña Lopez thru ASUME
2) Schedule F is empty
3) Provide court order regarding child support payments. Debtor also is requesting modification of child support payments - debtor to notify if any modification (with court order)
4) Amend I: debtor lives with common law spouse, she works for Santander. He testified she pays all household expenses. Amend J accordingly.

Trustee/Presiding Officer _signature_     Date: November 02, 2010  (Rev.)

page 2-3

# 341 MEETING MINUTES CONTINUATION SHEET

DEBTOR(S) NAME: Pedro L Colón Martínez

CASE NO. 10-09205-ESL

COMMENTS CONTINUATION:

(5) Amend D - include lienholder Doral Bank. Debtor testified he is not making post-petition payments. He is going to request a loan modification - debtor was advised to request court's authorization.

(6) Schedule J has a disposable income = $196.00; plan payments are $400.00

(7) After reviewing schedules, Presiding Officer understands that no adequate notice was given to creditors. Debtor to amend schedules, give notice to creditors of amendments and of new 341 meeting.

TRUSTEE OR PRESIDING OFFICER

DATE: 11/2/10

PAGE: 3

Page 3-3