STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

PEDRO LUIS COLON MARTINEZ                     Case No. 10-09205-ESL

                          Chapter 13          Attorney Name: FERNANDO H CRUZ TOLINCHE*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [ ] Present | [✓] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [ ] Present | [✓] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: December 09, 2010
Time: 3:28 AM   Track: n/a
[ ] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: _____
Creditors: Alvaro Basabe Asume

### II. Oath Administered
[ ] Yes   [✓] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued Jan 27, 2011 at 2:30

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

PEDRO LUIS COLON MARTINEZ  Case No. 10-09205-ESL

Chapter 13  Attorney Name: FERNANDO H CRUZ TOLINCHE*

**VI. Plan** (Cont.)
Date: September, 30, 2010 Base $ 47,800.00 [X] Filed Evidence of Pmt shown: _____
Payments _0_ made out of _2_ due. [ ] Not Filed

**VII. Confirmation Hearing Date:** December, 1, 2010

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 250.00 = $ 2,750.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____
_____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor   [ ] Joint debtor
[ ] Other:
_____
_____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
_____
_____
_____
[ ] Public Liability Insurance
[ ] Premises_____
[ ] Vehicle(s)_____
[ ] Licenses issued by:
_____
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

**COMMENTS**

Trustee will file a motion to dismiss if debtor does not become current with trustee and if he does not comply with all the issues raised by the trustee at the prior meeting of creditors on November 2, 2010. Debtor to comply with above matters within next 10 days.

_____
Trustee/Presiding Officer

Date: December 09, 2010
(Rev.)