| | |
|---|---|
| IN RE: | CASE NO. 10-09205- ESL |
| PEDRO LUIS COLON MARTINEZ | CHAPTER 13 |
| DEBTORS | |

## MOTION SOLICITING TO AMMEND REPORT OF ACTION TAKEN AT 341 MEETING OF CREDITORS

**TO THE HONORABLE COURT:**

**COMES NOW** Debtor through subscribing attorney and very respectfully, PRAYS as follows:

1. That the Report of Action Taken Meeting of Creditors held on December 9, 2010 indicated that the Attorney for Debtor was absent.

2. That is incorrect. Debtor Attorney was present and that he informed that Debtor was sick and would not be able to be present al 341 hearing. Then Attorney was informed that he was excuse and Trustee will be notify of his attendance.

**THEREFORE**, it is very respectfully that Report of Action Taken Meeting of Creditors be amended as here is solicited.

**VERY RESPECTFULLY SUBMITTED.**
In Cayey, Puerto Rico, December 13, 2010.

**FERNANDO H. CRUZ TOLLINCHE, ESQ.**
PUERTO RICO COLLEGUE NUM. 3117 AND
FEDERAL COURT NUM.: USCD PR 114-206
PO BOX 362683
SAN JUAN, PUERTO RICO 00936-2683
PHONE/ FAX: (787) 738-3589
CEL. (787) 405-1175
E-MAIL: cruztollinche@gmail.com

**I CERTIFY** that a copy of this Motion has been delivered through the CM ECF system and to the U.S. Trustee, Alvaro Basabe- ASUME, and all creditors.